```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 10083
   RICK A SADOWSKI
   TRACY A SADOWSKI                         CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-7097     SSN XXX-XX-2239

-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 08/18/2006 and was confirmed 10/12/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  34.00%.

     The case was dismissed after confirmation 10/16/2008.
-----------------------------------------------------------------------------
CREDITOR NAME                 CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                                 PAID          PAID
-----------------------------------------------------------------------------
CHASE AUTO FINANCE       SECURED             .00              .00            .00
EMC MORTGAGE             CURRENT MORTG       .00              .00            .00
EMC MORTGAGE             MORTGAGE ARRE    2078.71              .00        1728.00
FORD MOTOR CREDIT        SECURED          7393.26           917.18        4958.98
AMERICA SERVICING COMPAN CURRENT MORTG       .00              .00            .00
AMERICA SERVICING COMPAN MORTGAGE ARRE       .00              .00            .00
ECAST SETTLEMENT CORP    SECURED          2274.97            96.08        1674.79
ECAST SETTLEMENT CORP    UNSECURED        1434.40              .00         108.63
WELLS FARGO FINANCIAL IL SECURED          2488.40            49.14        2488.40
FIA CARD SERVICES        UNSECURED        4548.43              .00         371.80
ECAST SETTLEMENT CORP    UNSECURED        8340.15              .00         681.76
FIA CARD SERVICES        UNSECURED        2368.77              .00         193.64
ECAST SETTLEMENT CORP    UNSECURED         832.27              .00          68.05
CAPITAL ONE              UNSECURED        2028.50              .00         165.81
CHARMING SHOPPES         UNSECURED         488.01              .00          34.03
ECAST SETTLEMENT CORP    UNSECURED        2935.74              .00         239.98
PORTFOLIO RECOVERY ASSOC UNSECURED        8815.07              .00         720.61
ROUNDUP FUNDING LLC      UNSECURED        2220.02              .00         181.50
PRA RECEIVABLES MANAGEME UNSECURED        9670.80              .00         790.56
PORTFOLIO RECOVERY       UNSECURED        9999.49              .00         817.45
DELL FINANCIAL SERVICES  UNSECURED       NOT FILED            .00            .00
HOME DEPOT               UNSECURED       NOT FILED            .00            .00
HSBC HELIG MEYERS        UNSECURED       NOT FILED            .00            .00
KOHLS                    UNSECURED         334.66              .00          15.27
MED1ST ALEXIUS MEDICAL C UNSECURED       NOT FILED            .00            .00
NICOR GAS                UNSECURED         433.48              .00          30.24
ROUNDUP FUNDING LLC      UNSECURED         651.79              .00          49.34
WELLS FARGO FINANCIAL IL UNSECURED        1085.67              .00          75.68
ECAST SETTLEMENT CORP    UNSECURED        2577.03              .00         210.64
WELLS FARGO FINANCIAL IL UNSECURED        3609.30              .00         295.03
GE MONEY BANK/WALMART    UNSECURED        1285.34              .00          97.32
STUART B HANDELMAN       DEBTOR ATTY     1,994.00                        1,994.00
```

```
TOM VAUGHN                 TRUSTEE                                   1,355.78
DEBTOR REFUND              REFUND                                       14.31

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 20,424.00

PRIORITY                                              .00
SECURED                                         10,850.17
    INTEREST                                     1,062.40
UNSECURED                                        5,147.34
ADMINISTRATIVE                                   1,994.00
TRUSTEE COMPENSATION                             1,355.78
DEBTOR REFUND                                       14.31
                        ---------------     ---------------
TOTALS                  20,424.00               20,424.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
   Dated: 01/27/09                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE